# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DILLARD GROUP OF TEXAS, LTD.,**<br>a Texas Limited Partnership, ) <br> ) <br> **Plaintiff,** ) <br> ) <br>v. ) <br> ) <br>**MER HOLDING COMPANY, INC.,** ) <br>an Oklahoma Corporation, f/k/a ) <br>**MILLER EQUIPMENT & REPAIR,** ) <br>**INC. et al.,** ) <br> ) <br> **Defendants.** ) | Case No. CIV-19-892-G |

## ORDER

Now before the Court is Defendants' Motion for Extension of Scheduling Order Deadlines (Doc. No. 38). Plaintiff responded in opposition (Doc. No. 39), and Defendants replied (Doc. No. 43). A telephonic hearing was held on June 17, 2020. For good cause shown, the Motion is GRANTED. The Court ESTABLISHES the following deadlines in this matter:

| | |
|---|---|
| All dispositive and *Daubert* motions to be filed | September 1, 2020[1] |
| Parties to complete discovery | October 1, 2020 |
| Parties to file final pretrial papers, including designations of deposition testimony to be used at trial, motions in limine, requested voir dire, trial briefs (optional), proposed jury instructions and verdict forms, and the Final Pretrial Report | November 10, 2020 |

---

[1] The deadline for dispositive and *Daubert* motions precedes the discovery deadline. The parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

| | |
|---|---|
| Parties shall submit all proposed jury instructions and verdict forms and a proposed order approving the parties' Final Pretrial Report in Word format to the following mail box: goodwin-orders@okwd.uscourts.gov | |
| Parties to file counterdesignations of deposition testimony to be used at trial and all objections and responses to all final pretrial papers | November 17, 2020 |
| Parties to file objections to counterdesignations of deposition testimony | November 24, 2020 |

The parties are ADVISED that the trial in this matter is CONTINUED to the Court's December 2020 jury-trial docket. The parties are further ADVISED that they are expected to have engaged in either private mediation or a judicial settlement conference, or to have been expressly excused by the Court from this requirement, prior to docket call.

IT IS SO ORDERED this 17th day of June, 2020.

_[signature: Charles B. Goodwin]_
CHARLES B. GOODWIN
United States District Judge